# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| DAVID JAMES SACKS, et al,<br>　　　　Plaintiffs,<br><br>vs.<br><br>RICHARD KNICKERBOCKER, et al,<br>　　　　Defendants | Case No.: CV 18-6258-DMG (JPRx)<br><br>**CONSENT JUDGMENT [43]** |

Based on the parties' stipulation and settlement agreement,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

**1.** The Sackses are fee title owners of property located at 26608 Ocean View Drive, Malibu, California 90265. The legal description to the Sackses' property is:

> Lot 94 of tract 9289 in the County of Los Angeles, State of California, as per map recorded in book 133, pages 70-72, of the maps in the office of the County Recorder of said county.
>
> The APN assigned by the office of the Assessor, County of Los Angeles, is 4461-011-006.

**2.** The Knickerbockers are fee title owners of property located at 26602 Ocean View Drive, Malibu, California 90265. The legal description to the Knickerbockers' property is:

> Lot 95 of tract 9289 in the County of Los Angeles, State of California, as per map recorded in book 133, pages 70-72, of the maps in the office of the County Recorder of said county.
>
> The APN assigned by the office of the Assessor, County of Los Angeles, is 4461-011-007.

**3.** The boundary between the Sackses' property (Lot 94, Tract 9289) and the Knickerbockers' property (Lot 95, Tract 9289) is, pursuant to the parties' stipulation and settlement agreement, as reflected in the below corner record recorded by Voorheis and Voorheis, Inc., professional land surveyors, on September 18, 2018 (PWFB1305, page 604):



Nothing in this consent judgment is intended or should be interpreted as an admission of wrongdoing by any party or an admission of any facts alleged in the pleadings.

The parties shall bear their own attorney's fees and costs.

IT IS SO ORDERED.

DATED: June 17, 2019

*Dolly M. Gee*
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE